EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN: 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

M. KENDALL DAY
Chief
DEBORAH CONNOR
Principal Deputy Chief
NEAL B. CHRISTIANSEN
Trial Attorney
Asset Forfeiture and Money Laundering Section
United States Department of Justice, Criminal Division
    1400 New York Avenue, N.W., 10th Floor
    Washington, D.C. 20530
    Telephone: (202) 514-1263
    E-mail: neal.christiansen@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE ROYAL SEAL OF QUEEN MUNJEONG, DATING TO THE SIXTEENTH CENTURY; AND THE ROYAL SEAL OF KING HYEONJONG, DATING TO THE SEVENTEENTH CENTURY,<br><br>          Defendants. | No. CV 16-7036<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br>*IN REM*<br><br>[18 U.S.C. §§ 545, 981;<br>19 U.S.C. § 1595a]<br><br>[H.S.I.] |

1

Plaintiff United States of America, by and through its undersigned attorneys, in a case of forfeiture *in rem*, alleges that:

## I.

## <u>JURISDICTION AND VENUE</u>

1.   This civil forfeiture action is brought by the United States of America pursuant to 18 U.S.C. §§ 545, 981(a)(1)(C) and 19 U.S.C. § 1595a(c), seeking the forfeiture of the Royal Seal of Queen Munjeong (the "Queen's Seal") and the Royal Seal of King Hyeonjong (the "King's Seal") for their return to the Government of the Republic of Korea (or "South Korean Government").   Photographs of the Queen's Seal and the King's Seal (collectively, the "Defendant Properties") are attached hereto as Exhibits A and B, respectively.

2.   This court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345, 1355.

3.   Venue is proper under 28 U.S.C. § 1395 because the Defendant Properties are located in the Central District of California.   Venue is also proper under 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred within the Central District of California.

4.   The Defendant Properties are currently in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") in Los Angeles, California, within the Central District of California, where they shall remain subject to this Court's jurisdiction during the pendency of this action.
///

## II.

### FACTS SUPPORTING FORFEITURE

**A.   The Royal Seals of the Joseon Dynasty**

5.   From approximately 1392 until 1910, the Joseon Dynasty ruled a kingdom that spanned the Korean peninsula.  Ruling members of the Joseon Dynasty, whose capital was located in modern-day Seoul, South Korea, included Queen Munjeong (1501-65) and King Hyeonjong (1641-75).

6.   Throughout the Joseon Dynasty's rule, approximately 366 royal seals were created to commemorate royal rituals, symbolizing the nation's authority and dignity.  Many of the royal seals were several inches in diameter, and were shaped in the form of animals.  The royal seals were often used for official government business, such as confirming royal documents and orders.  The seals additionally served a variety of social functions and were incorporated into official presentations and celebrations.  Occasionally, royal seals were created to honor deceased members of the royal family.  The seals of the Joseon Dynasty were strictly regulated and maintained by a royal office.  Although originally safeguarded in a national shrine—the Jongmyo Shrine—during the Joseon Dynasty, many of the royal seals have since been relocated to South Korean governmental offices or to the National Palace Museum of Korea.

7.   On or about November 16, 1953, an article in the Baltimore Sun newspaper reported that, in the aftermath of the Korean War, "[m]any priceless royal [seals], made of solid gold, silver, and jade" were "missing from historic South Korean imperial palaces."  As detailed in the article, Dr. You Chan

Yang, the South Korean Ambassador to the United States, believed that some of the missing royal seals (forty-seven in total) were removed from South Korea in 1950, either to Japan or the United States by American military personnel.

8.   On or about May 22, 1956, Ardelia R. Hall, a cultural affairs officer at the United States Department of State ("State Department"), reported in a State Department memorandum that Ambassador Yang had requested to be notified regarding forty-seven missing "priceless" royal seals taken from Korea.  The memorandum further explained that most of the objects ranged from two to four inches in diameter, took the forms of animals, and were carved at the base with the insignia of the royal dynasty.

9.   Over the past six decades, the South Korean Government has recovered four of the forty-seven missing royal seals noted in the Baltimore Sun article and the State Department memorandum.  The South Korean Government believes that the remaining forty-three royal seals—which include the two Defendant Properties, described in greater detail below—are located outside of South Korea or otherwise remain missing.

**B.   South Korean Law**

10.  Since at least 1950, South Korea has had patrimony laws establishing that properties of the former royal household and certain properties for official governmental use are "national properties" owned by the South Korean Government (the "1950 Patrimony Laws").  Pursuant to the 1950 Patrimony Laws, the South Korean Government has prohibited the purchase, sale, acquisition, and disposition of certain national properties,

including the Defendant Properties and other royal seals of the Joseon Dynasty.

11.   Article One of the Disposal of Former Royal Household Property Act (the "Royal Property Act"), enacted in 1950, provides that under South Korean law, "any/all moveable . . . properties [that] were owned by the former royal palaces" are "national properties."  Article Two of the Royal Property Act further provides that included "[a]mong the former royal household properties" are "[i]mportant artworks, historical monuments, books and documents," as well as "[o]ther properties . . . requir[ing] permanent preservation."

12.   Articles One and Two of the National Property Act, which was also enacted in 1950, provide that under South Korean law, the term "administrative property"—which is a subset of "national property"—includes "[p]roperty the government directly uses or determines to use for public purposes."  Article Seven of the National Property Act further provides that "[a]dministrative property shall not be transferred or subjected to private rights."

C.   **The Defendant Properties**

13.   The Queen's Seal is a square, gilt bronze seal mounted with a turtle-shaped handle.  It measures approximately 2.74 x 6 x 6 inches.  The Queen's Seal bears the name of the Queen Mother Songryeol, one of Queen Munjeong's royal titles.  It was carved in approximately 1547 to commemorate a royal ritual for the deceased Queen Munjeong.  The Queen's Seal's description, purpose, and creation were recorded in the historical records of the Joseon Dynasty, specifically in Article 6 of the "The Annals

of the Joseon Dynasty," dating to September 1547.  Before its removal from South Korea, the Queen's Seal was housed in the King Jungjon Room in Jeongjean Hall, within the Jongmyo Shrine in South Korea.

14.  The King's Seal is a square, jade seal mounted with a turtle-shaped handle.  It measures approximately 4 x 4 x 1 inches (excluding the handle). Unlike the Queen's Seal, the King's Seal includes an attached red string, approximately 28 inches long, ending in a red tassel.  The King's Seal was carved in approximately 1651 to commemorate the ceremony at which King Hyeonjong was given the title of crown prince.  The creation of the King's Seal was documented in the historical records of the Joseon Dynasty, specifically "The Royal Protocols of State Rites for Wangseja Chaekbong in 1651."  Like the Queen's Seal, the King's Seal was among hundreds of other royal seals that were stored within the Jongmyo Shrine in South Korea.

15.  The Defendant Properties are national properties within the meaning of South Korean law.

16.  Following the enactment of the Royal Property Act and the National Property Act in 1950, the Defendant Properties were removed from South Korea, in violation of South Korean law.

**D.    The Investigation of the Royal Seals**

17.  On or about May 21, 2013, Yung-Keun Park, the Director General of the Heritage Promotion Bureau within the Republic of Korea's Cultural Heritage Administration ("CHA"), contacted HSI regarding the Queen's Seal.  Director Park notified HSI that CHA had recently discovered the location of the Queen's Seal, which had been stolen from South Korea in the 1950s during the Korean

War.  Director Park explained that the Queen's Seal was being kept at the Los Angeles County Museum of Art ("LACMA") in Los Angeles, California.  LACMA had exhibited the Queen's Seal in its galleries from approximately May 30, 2000, until June 3, 2013.

18.  In May of 2013, CHA—in conjunction with the International Cooperation Center of the Korean Supreme Prosecutor's Office—requested assistance from the HSI Attaché Office in Seoul, South Korea ("HSI Seoul") regarding the recovery and return of the Queen's Seal.  HSI Seoul then made a collateral request for assistance to HSI's office at the Los Angeles International Airport ("HSI LAX").  HSI LAX subsequently initiated an investigation.

19.  While HSI LAX's investigation of the Queen's Seal was proceeding, the Korean Broadcasting System ("KBS"), one of South Korea's public broadcasting companies, aired a television program on or about May 28, 2013.  The KBS program documented a second royal seal—the King's Seal—which was revealed to be in the possession of a private collector residing in Los Angeles (the "Private Collector").  During the course of the program, the Private Collector displayed and described to KBS personnel a collection of artifacts stored within the Private Collector's residence.  The Private Collector further remarked, "The art and cultural properties from around the world, it goes to whoever has the most money gets the stuff.  So, eh, that's just the way the world works. Monies talks [sic]."  The KBS program additionally claimed that the Private Collector had said "that he made a fortune by trading and auctioning of . . . Korean

cultural objects, those he bought at give-away prices in Korea while he served in the U.S. military."

20.  On or about July 9, 2013, Director Park again contacted HSI.  He informed HSI of the aforementioned KBS program confirming the location of the King's Seal in Los Angeles.  Director Park requested HSI's assistance in recovering the King's Seal, which, along with the Queen's Seal, Director Park described as "symboli[c] of [the Republic of Korea's] authority and dignity and . . . very important properties of the Republic of Korea."

21.  Meanwhile, in June 2013, LACMA received an inquiry from non-governmental civic organizations.  The inquiry advised LACMA that the Queen's Seal may have been stolen from Korea between 1950 and 1953, and asked LACMA to return the Queen's Seal to South Korea.  After receiving the inquiry, LACMA engaged in extensive provenance research on the Queen's Seal and held several meetings with the aforementioned civic organizations. Although LACMA ultimately determined that it had acquired the Queen's Seal in good faith with no knowledge that the object may have been stolen, it determined that it would be appropriate to return the Queen's Seal to the South Korean Government.

22.  In August 2013, LACMA provided documents to HSI LAX pertaining to the Queen's Seal and its acquisition.  The documents demonstrated that LACMA had acquired the Queen's Seal in 2000 from the Private Collector (the same individual who was in possession of the King's Seal).  LACMA had paid the Private Collector approximately $10,000,000 to acquire a large collection of objects from the Private Collector, one of which

was the Queen's Seal.  The documents that LACMA provided to HSI LAX also included biographical information about the Private Collector, noting that the Private Collector had served in the U.S. armed forces and had been stationed in Korea.  The documents further indicated that the Private Collector had claimed to LACMA officials that he had acquired the Queen's Seal from the London Gallery in Tokyo.

23.  On or about September 26, 2013, HSI Group Supervisor Matthew Ciesla and HSI Special Agent Razmik Madoyan took possession of the Queen's Seal from LACMA.  The Queen's Seal was then transported to HSI LAX's evidence vault, where it remains in HSI's custody.

24.  On or about September 26, 2013, Group Supervisor Ciesla and Special Agent Madoyan interviewed the Private Collector at the Private Collector's residence.  The Private Collector stated that he was an antique dealer, though he only dealt with auction houses, galleries, and museums.  He also confirmed that he had served in the U.S. armed forces and had been stationed in the Republic of Korea following the Korean War.

25.  During the interview, the Private Collector stated that he had not collected, purchased, or transported Korean art during his term of military service in South Korea.  Rather, the Private Collector explained that he started collecting antiques after he was discharged from the military.

26.  During the interview, the Private Collector described how he had become particularly interested in collecting Korean art, and that the market for Korean art had been unexplored by

most dealers.  The Private Collector explained that the majority
of his purchases of Korean art were conducted in Japan, where he
would sometimes travel with a business associate (the
"Collector's Associate").  The Private Collector also stated
that at various times he had imported small objects—such as the
Queen's Seal—into the United States in his suitcase, without
declaring them to U.S. Customs and Border Protection ("CBP"), or
its predecessor, the U.S. Customs Service.  The Private
Collector further noted that his then-most recent trip to Japan
to purchase Korean artifacts was in 2013.  Although the Private
Collector said that he did not remember what he had purchased on
that 2013 trip, he admitted that the purchase in Japan was
conducted hand-to-hand, i.e., without any documentation, and
that he did not declare any of the objects he purchased to CBP
when he brought them into the United States.  The Private
Collector explained that he would also occasionally import
larger items that he had purchased outside the United States by
hiring an importer; the Private Collector's then-most recent
such shipment of Korean artifacts was in 2011, which was
consigned to the Collector's Associate.

27.  During the interview, the Private Collector stated
that he had purchased the Queen's Seal in Japan in the late
1980s or early 1990s.  He described the purchase as a hand-to-
hand cash deal, conducted without documentation, invoices, or
receipts.  The Private Collector explained that, at the time he
purchased the Queen's Seal, he did not ask where the object came
from or what its significance may have been.  Nevertheless, the
Private Collector stated during the interview that when he

purchased the Queen's Seal in Japan he knew the object had belonged to an important person, such as a king, because of the object's size and composition.  The Private Collector claimed that he could not remember where in Japan, or from whom, he had purchased the Queen's Seal.  However, the Private Collector admitted that—in the course of preparing to sell his collection of objects to LACMA in 2000—he had falsely claimed to LACMA that he purchased the Queen's seal from the London Gallery in Japan. The Private Collector also explained that he believed that the Queen's Seal was a centuries-old artifact that was made for royal officials to accompany signatures.

28.  Also during their interview, Special Agent Madoyan asked the Private Collector if the latter had ever purchased any other Korean royal seals.  The Private Collector responded that sometime after 2000 he had purchased a stone seal from his friend in Connecticut who owned an art gallery (the "Gallery Owner").  Although the Gallery Owner at the time had opined to the Private Collector that the stone seal was not a genuine artifact but rather a modern replica, the Private Collector disagreed and subsequently purchased the stone seal from the Gallery Owner.  The Private Collector explained that when purchasing the stone seal, he did not ask the Gallery Owner for information regarding how the Gallery Owner had himself acquired the stone seal, and that the Gallery Owner did not provide any such information to the Private Collector.

29.  Near the conclusion of the interview on or about September 26, 2013, Special Agent Madoyan informed the Private Collector that HSI LAX had reason to believe that the stone seal

in question was the King's Seal, which had been stolen from a South Korean palace.  The Private Collector stated that he would be willing to surrender the object to the agents.

30.  On or about September 27, 2013, the Private Collector provided the King's Seal to Special Agent Madoyan and Special Agent Brianna McIntosh.  While inspecting the King's Seal, Special Agent Madoyan asked the Private Collector whether the latter had asked the Gallery Owner for any information regarding the provenance of the King's Seal.  The Private Collector said he had not, adding "In the old days, nobody cared."  The Private Collector additionally stated that when purchasing the King's Seal—as with his prior purchase of the Queen's Seal in Japan—he had believed that the object had belonged to someone important because of its size and composition.

31.  On or about September 27, 2013, Special Agents Madoyan and McIntosh took possession of the King's Seal from the Private Collector.  The King's Seal was then transported to HSI LAX's evidence vault, where it remains in HSI's custody.

32.  On or about November 19, 2013, Special Agent Madoyan and Special Agent Daniel Brazer interviewed the former curator of LACMA's Asian Art Department (the "Curator").  The Curator confirmed that he had worked at LACMA in 2000, during the time of the museum's purchase of a collection of artifacts—including the Queen's Seal—from the Private Collector for approximately $10,000,000.  The Curator explained that while some collectors with whom the museum dealt kept records, such as invoices, pertaining to objects in their collections, the Private Collector generally did not.  The Curator additionally stated

that when arranging for the purchase, the Private Collector had told LACMA that the Private Collector did not have many records pertaining to the collection of items he sold to LACMA in 2000, but rather received information about items in the collection via "word of mouth."  Moreover, the Curator stated that the Private Collector had not provided LACMA with any documents reflecting whether objects in the collection had been imported into the United States.  Rather, the Private Collector had told LACMA that most of the objects were acquired within the United States.

33.  On or about November 30, 2013, HSI LAX received information that the Collector's Associate was intercepted at Los Angeles International Airport ("LAX") as he was returning from a trip to Japan.  CBP conducted a search of the Collector's Associate's luggage and discovered that the Collector's Associate was attempting to import multiple Asian artifacts without declaring them to CBP.  One of the artifacts was a sixth or seventh-century archaeological Chinese figure.  HSI LAX returned all but two of the artifacts to the Collector's Associate on or about December 23, 2013.  On that day, the Private Collector accompanied the Collector's Associate when the latter retrieved the artifacts at LAX, at which time the Private Collector told Special Agent Madoyan that he intended to retrieve the King's Seal from HSI LAX, and that he would return it to the South Korean government.

34.  On or about July 24, 2014, a delegation of officials from the CHA—including Director Park—conducted an inspection of the Defendant Properties at an HSI office in Los Angeles.  In a

subsequent letter that Director Park wrote to HSI on or about August 19, 2014, Director Park confirmed that the Defendant Properties were authentic and had originated from the Republic of Korea.  A copy of this letter is attached hereto as Exhibit C.

35.  On or about February 12, 2015, representatives of National Palace Museum of Korea ("NPMK") conducted an assessment of the Queen's Seal and King's Seal.  The NPMK determined that each of the Defendant Properties has an estimated value of $545,000-727,000.

36.  On or about April 19, 2015, the Private Collector signed an HSI Form 4607 ("Notice of Abandonment and Assent to Forfeiture of Prohibited or Seized Merchandise") as to the King's Seal, agreeing to abandon all claims to the King's Seal and waiving any further rights or proceedings relative to the King's Seal.

37.  On or about July 13, 2015, LACMA and the United States Attorney's Office for the Central District of California entered into a settlement agreement in which LACMA acknowledged that it had voluntarily surrendered possession of the Queen's Seal to the United States and noted its belief that the Queen's Seal should be returned to the Government of the Republic of Korea.

**CLAIMS FOR FORFEITURE**

A.   **First Claim for Relief**

38.  Plaintiff incorporates by reference the allegations in paragraphs 1 through 37 as though fully set forth herein.

39.  Title 18, United States Code, Section 981(a)(1)(C) subjects to forfeiture "[a]ny property, real or personal, which

constitutes or is derived from proceeds traceable to . . . any offense constituting 'specified unlawful activity' (as defined in section 1956(c)(7)) of this title."

40.  Title 18, United States Code, Section 1956(c)(7)(A) defines "specified unlawful activity" to include "any act or activity constituting an offense listed in section 1961(1) of this title."

41.  Included among the offenses listed in 18 U.S.C. § 1961(1) is 18 U.S.C. § 2314, which relates to transportation of stolen property, and 18 U.S.C. § 2315, which relates to sale or receipt of stolen goods.

42.  Title 18, United States Code, Section 2314 states in pertinent part

> Whoever transports, transmits, or transfers in interstate or foreign commerce any goods, wares, merchandise, securities or money, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud . . . [s]hall be fined under this title or imprisoned not more than ten years, or both.

43.  Title 18, United States Code, Section 2315 states in pertinent part

> Whoever receives, possesses, conceals, stores, barters, sells, or disposes of any goods, wares, or merchandise, securities, or money of the value of $5,000 or more . . . which have crossed a State or United States boundary after being stolen, unlawfully converted, or taken, knowing the same to have been

15

stolen, unlawfully converted, or taken . . . [s]hall
be fined under this title or imprisoned not more than
ten years, or both.

44.   The Defendant Properties are subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) because they are properties that constitute or are derived from a violation of 18 U.S.C. § 2314 and/or 18 U.S.C. § 2315.

**B.   Second Claim of Relief**

45.   Plaintiff incorporates by reference the allegations in paragraphs 1 through 37 as though fully set forth herein.

46.   Pursuant to 19 U.S.C. § 1595a(c)(1)(A), "[m]erchandise which is introduced or attempted to be introduced into the United States contrary to law shall be . . . seized and forfeited if it . . . is stolen, smuggled, or clandestinely imported or introduced."

47.   The Queen's Seal is subject to forfeiture under 19 U.S.C. § 1595a(c) because the Queen's Seal was stolen from the Republic of Korea and introduced into the United States contrary to law, in that the Queen's Seal was transported in foreign commerce knowing it was stolen, converted, or taken by fraud.

**C.   Third Claim of Relief**

48.   Plaintiff incorporates by reference the allegations in paragraphs 1 through 37 as though fully set forth herein.

49.   Title 18, United States Code, Section 545 states, in pertinent part

Whoever fraudulently or knowingly imports or brings
into the United States, any merchandise contrary to
law, or receives, conceals, buys, sells, or in any

manner facilitates the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law . . . [s]hall be fined under this title or imprisoned not more than 20 years, or both.

50. Title 18, United States Code, Section 545 further provides that "[m]erchandise introduced into the United States in violation of this section . . . shall be forfeited to the United States."

51. The Queen's Seal is subject to forfeiture pursuant to Title 18, United States Code, Section 545 because the Queen's Seal is merchandise introduced into the United States in violation of that section, in that the Queen's Seal was (1) imported into the United States knowing that it was stolen, converted, or taken by fraud, and/or (2) received, concealed, bought, or sold knowing the Queen's Seal to have been imported or brought into the United States contrary to law.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the Defendant Properties, due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed, that this Court decree forfeiture of the Defendant Properties to the United

///
///
///
///
///

States of America for disposition according to law, and for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: September 19, 2016        Respectfully submitted,

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

 /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

M. KENDALL DAY
Chief
DEBORAH CONNOR
Principal Deputy Chief
NEAL B. CHRISTIANSEN
Trial Attorney
Asset Forfeiture and
Money Laundering Section
U.S. Department of Justice,
Criminal Division

Attorneys for Plaintiff
United States of America

**VERIFICATION**

I, Jennifer Doyle, hereby declare that:

1.    I am a Special Agent with the United States Department of Homeland Security and am the case agent for the forfeiture matter described in this Complaint.

2.    I have read the above Verified Complaint for Forfeiture and know its contents.   It is based upon my own personal knowledge and reports provided to me by other law enforcement agencies.

3.    Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed _September 6_, 2016 in _Los Angeles_, California.

JENNIFER DOYLE

**EXHIBIT A**



FRONT

BACK

SIDE 1

SIDE 2

TOP

BASE

**EXHIBIT B**

| FRONT |
|---|

| BASE 1 | BASE 2 |
|---|---|

 | 

| STRING | TASSEL OF THE STRING |
|---|---|

**EXHIBIT C**

 **Cultural Heritage Administration, Republic of Korea**

189 Cheongsa-ro, Seo-gu, Daejeon, Republic of Korea
Tel: +82-42-481-3189    Fax: +82-42-481-3199
http://www.cha.go.kr

19 August 2014

**RE : AUTHENTICATION REPORT ON THE ROYAL SEAL OF QUEEN MUNJEONG AND THE ROYAL SEAL OF KING HYEONJONG**

Dear Sir or Madam:

We, the Cultural Heritage Administration of the Republic of Korea, conducted an onsite inspection of the Royal Seal of Queen Munjeong and the Royal Seal of King Hyeonjong on 24 July 2014 at the U.S. Homeland Security Investigations Los Angeles office.

The Royal Seal of Queen Munjeong (size 100.8 x 100.8 x 23.6 mm) is made of gilt bronze surrounded by a tortoise top knob. This seal was made to commemorate a royal ritual for the deceased Queen Munjeong (1501~1565) in which her official title was promoted. The letters carved on the base of the Royal Seal of Queen Munjeong fit the description recorded in the first article of 6 September 1547, *the Annals of the Joseon Dynasty*.

The Royal Seal of King Hyeonjong (size 103.0 x 103.0 x 31.0 mm) is made of jade surmounted by a tortoise top knob. This seal was made to commemorate a royal investiture when King Hyeonjong (1641~1674, r.1659~1674) was given an official title of a crown prince in August, 1651. Carving five letters on the base of the royal seal made for investiture of a crown prince in Joseon Dynasty is very rare and known to be found only in the case of King Hyeonjong. The size, material and images of this seal fit the descriptions of *the Royal Protocols of State Rites for Wangseja Chaekbong (investiture of a crown prince) in 1651.*

After carefully reviewing the size, material, knob style, letters carved on the base and historic records, we conclude that the two seals are authentic and originated from the Republic of Korea.

Yours sincerely,

Park Hee-Ung
Director
International Cooperation Division
Cultural Heritage Adminision
Republic of Korea